Weiner, Appellant, *v.* Hospital Service Plan of the Lehigh Valley.

Argued June 11, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Morris Mindlin,* with him *Jackson M. Sigmon,* and *Mindlin & Sigmon,* for appellant.

*O. J. Tallman,* with him *Robert G. Tallman,* and *Butz, Hudders, Tallman & Rupp,* for appellee.

OPINION PER CURIAM, September 11, 1958:

The order and decree of the court below are affirmed on the opinion of President Judge HENNINGER, as reported in 13 Pa. D. & C. 2d 689.